IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>EDGAR DIAZ, RICKEY ROLLINS, DON JOHNSON, ROBERT CALLOWAY, DORNELL ELLIS, EMILE FORT, CHRISTOPHER BYES, PARIS RAGLAND, RONNIE CALLOWAY, ALLEN CALLOWAY, and REDACTED DEFENDANTS Nos. ONE & TWO,<br><br>   Defendants.<br>_____ / | No. CR 05-00167 WHA<br><br>**ORDER STRIKING JOINDER OF DEFENDANT CHRISTOPHER BYES** |

Defendants' Stage I motions were due in this criminal action May 31, 2006. Defendant Christopher Byes filed a "Joinder in All Stage I Motions" on June 27, 2006, after all briefing was completed. Doing so deprived the government of an opportunity to respond to any facts peculiar to defendant Byes. This put the government at an unfair disadvantage. The joinder is therefore **STRICKEN** for being filed late.

   **IT IS SO ORDERED.**

Dated: June 30, 2006

                               WILLIAM ALSUP
                               UNITED STATES DISTRICT JUDGE