RICHARD A. TAMOR
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
web:  www.TamorLaw.com

Attorneys for Defendant,
CHRISTOPHER BYES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | **Case No.**  CR-05-00167 WHA |
| ) | |
| Plaintiff, ) | **DEFENDANT CHRISTOPHER** |
| ) | **BYES' REQUEST FOR** |
| vs. ) | **CONTINUANCE OF APRIL 21, 2008** |
| ) | **HEARING DATE**   and vacating Dkt. No. 1417 |
| **CHRISTOPHER BYES, et al.,** ) | |
| ) | DATE: |
| Defendants, ) | TIME:. |
| ) | COURT:  Hon. William H. Alsup |
| _____ ) | |

   Defendant Christopher Byes has filed a motion pursuant to 18 U.S.C. § 3582 (c )(2) for a sentencing reduction based on the United States Sentencing Guidelines Amendment 706, which reduces the bases offense levels by two for crimes involving cocaine base.  Docket #1348.

   This Court also set this matter for a hearing on Mr. Byes's Motion on March 18, 2008, at 2:00 p.m.  Because of undersigned counsel's unavailability, this Court continued the hearing to April 23, 2008 at 2:00 p.m. in order that counsel can be available and so that counsel could obtain a written waiver of Mr. Byes' appearance.

U.S. v.  Christopher Byes, CR-05-00167 WHA; Request for Continuance

As of today's date, counsel has not received a written waiver of appearance from Mr. Byes. However, I have communicated with Mr. Byes through his father and Mr. Byes has indicated he does not wish to be present at the hearing on the motion and that a written waiver of appearance would be forthcoming in the mail shortly. Mr. Byes will not be prejudiced by this brief continuance since he is will still have substantial time to serve even if the Court grants his motion.

I have informed this Court's clerk of my request for a continuance and I have also communicated with AUSA William Frentzen regarding a continuance. AUSA Frentzen has no objection to a continuance in this matter. Therefore, I am asking this Court to set this matter for its regular criminal calendar on Tuesday May 13, 2008 at 2:00 p.m.

Respectfully Submitted,

Dated: April 21, 2008            /s/_____

**Richard A. Tamor**

FOR GOOD CAUSE SHOWN, it is HEREBY ORDERED that the hearing currently scheduled for Wednesday April 23, 2008 at 2:00 p.m. is hereby vacated and continued to Tuesday, May 13, 2008 at 2:00 p.m.

Dated: April __22__, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

His counsel and the government shall arrange through the marshals for defendant to appear for the hearing. The marhsals will most likely require at least two weeks to produce a federal prisoner to coordinate transportation.

U.S. v. Christopher Byes, CR-05-00167 WHA; Request for Continuance